UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   Case No. 14-cr-30010-MGM |
| v. | * |
| | * |
| OSVALDO VARGAS | * |
| | * |
| Defendant. | * |

MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION
REGARDING DEFENDANT'S MOTION TO DISMISS

(Dkt. Nos. 88, 92)

June 17, 2015

MASTROIANNI, U.S.D.J.

Magistrate Judge Katherine A. Robertson has recommended the court deny Defendant's motion to dismiss the indictment against him due to the Government's alleged discovery violations. (Dkt. No. 88; Dkt. No. 92.) No objections have been filed.

Based upon the thorough analysis presented in the Report and Recommendation, and noting there are no objections, the court, upon de novo review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 92.) Based upon this, the Motion to Dismiss is DENIED.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge